**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA I. HEWLETT, | No. C 09-04670 CRB |
| Appellant/Defendant, | **ORDER EXTENDING TIME TO RESPOND** |
| v. | |
| JANINA M. ELDER, | |
| Appellee/Plaintiff. | |

Good cause appearing, Appellant Hewlett is hereby granted an extension until 5pm, January 29, 2010, to file her brief.

However, Appellant Hewlett has cited no authority that would justify appointing James Attridge to represent her. It appears from the record that Mr. Attridge withdrew from representation for non-payment of fees.

**IT IS SO ORDERED.**

Dated: January 14, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\4670\Extension of Time.wpd